## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>OLIVIA CATLEDGE<br>SSAN: XXX-XX-9034<br><br><br><br>Debtor(s) | Case No. 16-32578-DHW<br>Chapter 13 |

### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on September 16, 2016.

2. The debtor(s) §341 Meeting of Creditors was held October 27, 2016.

3. The debtor(s) overall pay record is 160%.

(**X**) Schedules Property on Schedule A is no longer owned; transferred to niece; please amend SOFA and Schedule A for transfer; mobile home in which debtor resides; valuations at time of transfer were not amended as discussed at the 341.

(**X**) Amend Sch. C; no exemptions claimed; debtor should clearly state what property, if any, is subject to a claim of homestead exemption

(**X**) Amend Sch. J to complete names and ages of dependents

(**X**)

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this November 18, 2016.

Sabrina L. McKinney  
Acting Chapter 13 Trustee

By: /s/*William C. Carn, III*  
William C. Carn, III  
Staff Attorney

Office of the Chapter 13 Trustee  
P.O. Box 173  
Montgomery, AL 36101-0173  
Phone: (334)262-8371  
Fax: (334)262-8599  
email: carnw@ch13mdal.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this November 18, 2016.

Copy to: DEBTOR(S)  
RICHARD D SHINBAUM

/s/*William C. Carn, III*  
William C. Carn, III  
Staff Attorney